**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MAUREEN GRAPENTHIN,<br>    Plaintiff(s),<br>    v.<br>CBS CORPORATION,<br>    Defendant(s).<br>_____/ | No. C 10-01231 LB<br><br>**ORDER VACATING CMC** |

The CMC in this case was set for July 15, 2010. ECF No. 4. The parties submitted a Joint Case Management Statement on July 8, 2010. ECF No. 31. In light of the Conditional Transfer Order transferring this case to the Eastern District of Pennsylvania, the Court **HEREBY VACATES** the CMC on calendar for July 15, 2010.

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-01231