# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>MAUREEN GRAPENTHIN, individually and as successor in interest to LARRY W. GRAPENTHIN, Deceased; LARRY GRAPENTHIN; TERRANCE GRAPENTHIN; and TRACY GRAPENTHIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL ELECTRIC COMPANY; TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO.; and VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION,<br><br>    Defendants. | Case No. CV-10-1231 LB |

/ / /

/ / /

/ / /

---

*Grapenthin, et al. v. CBS Corporation, et al.*
Case No. CV-10-1231 LB

STIPULATION AND ORDER TO DISMISS DEFENDANT FOSTER WHEELER WITHOUT PREJUDICE

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT FOSTER WHEELER USA CORPORATION
## WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Maureen Grapenthin, et al. and counsel for Defendant **FOSTER WHEELER USA CORPORATION** that the Complaint of Plaintiffs Maureen Grapenthin, et al., Case No. CV-10-1231 LB, in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

The parties shall each bear their own costs.

Dated: July 19, 2010

PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 489-7420   (415) 489-7426
paula.rasmussen@bcoonlaw.com
Attorney for Plaintiffs MAUREEN GRAPENTHIN, et al.

Dated: July 20, 2010

THOMAS J. MOSES, ESQ CSB # 116002
BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 808-0300  Fax: (415) 808-0333
tmoses@bhplaw.com
Attorney for Defendant FOSTER WHEELER USA CORPORATION

///

///

///

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS MAUREEN GRAPENTHIN, ET AL.'S COMPLAINT AS TO DEFENDANT FOSTER WHEELER USA CORPORATION IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: July 20_____, 2010

_____
HONORABLE LAUREL BEELER



IT IS SO ORDERED
Judge Laurel Beeler