UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>MAUREEN GRAPENTHIN, individually and as successor in interest to LARRY W. GRAPENTHIN, Deceased; LARRY GRAPENTHIN; TERRANCE GRAPENTHIN; and TRACY GRAPENTHIN,<br><br>     Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL ELECTRIC COMPANY; TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO.; and VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. CV-10-1231 LB |

/ / /

/ / /

/ / /

---

*Grapenthin, et al. v. CBS Corporation, et al.*
Case No. CV-10-1231 LB

STIPULATION AND ORDER TO DISMISS
DEFENDANT GENERAL ELECTRIC COMPANY
WITHOUT PREJUDICE

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT GENERAL ELECTRIC COMPANY WITHOUT
## PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiffs Maureen Grapenthin, et al. and counsel for Defendant **GENERAL ELECTRIC**

**COMPANY** that the Complaint of Plaintiffs Maureen Grapenthin, et al., Case No. CV-

10-1231 LB, in the above action may be and is hereby dismissed without prejudice as to

this one defendant only.

The parties shall each bear their own costs.

Dated: July 19, 2010

PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 489-7420    (415) 489-7426
paula.rasmussen@bcoonlaw.com
Attorney for Plaintiffs MAUREEN GRAPENTHIN,
et al.

Dated: July 20, 2010

CHARLES T. SHELDON, ESQ. CSB # 155598
SEDGWICK DETERT MORAN & ARNOLD LLP
ONE MARKET PLAZA
STEUART TOWER, 8TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 781-7900   Fax: (415) 781-2635
charles.sheldon@sdma.com
Attorney for Defendant GENERAL ELECTRIC
COMPANY

///

///

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS
MAUREEN GRAPENTHIN, ET AL.'S COMPLAINT AS TO DEFENDANT
GENERAL ELECTRIC COMPANY IS DISMISSED WITHOUT
PREJUDICE.  EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: __July 20_____, 2010



_____
HONORABLE LAUREL BEELER