# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>MAUREEN GRAPENTHIN, individually and as successor in interest to LARRY W. GRAPENTHIN, Deceased; LARRY GRAPENTHIN; TERRANCE GRAPENTHIN; and TRACY GRAPENTHIN,<br><br>       Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL ELECTRIC COMPANY; TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO.; and VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION,<br><br>       Defendants. | Case No. CV-10-1231 LB |

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT CBS CORPORATION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiffs Maureen Grapenthin, et al. and counsel for Defendant **CBS CORPORATION,**

---

*Grapenthin, et al. v. CBS Corporation, et al.*
Case No. CV-10-1231 LB

STIPULATION AND ORDER TO DISMISS
DEFENDANT CBS WITHOUT PREJUDICE

formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY, that the Complaint of Plaintiffs Maureen Grapenthin, et al., Case No. CV-10-1231 LB, in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

The parties shall each bear their own costs.

Dated: July 19, 2010

PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 489-7420   (415) 489-7426
paula.rasmussen@bcoonlaw.com
Attorney for Plaintiffs MAUREEN GRAPENTHIN, et al.

Dated: July 20, 2010

KEVIN D. JAMISON CSB # 222105
POND NORTH LLP
350 SOUTH GRAND AVENUE, SUITE 2850
LOS ANGELES, CA 90071
P: (213) 617-6170   Fax: (213) 623-3594
kjamison@pondnorth.com
Attorney for Defendant CBS CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS MAUREEN GRAPENTHIN, ET AL.'S COMPLAINT AS TO DEFENDANT CBS CORPORATION IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: July 20, 2010

HONORABLE LAUREL BEELER

*Grapenthin, et al. v. CBS Corporation, et al.*
Case No. CV-10-1231 LB

STIPULATION AND ORDER TO DISMISS DEFENDANT CBS WITHOUT PREJUDICE