## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>MAUREEN GRAPENTHIN, individually and as successor in interest to LARRY W. GRAPENTHIN, Deceased; LARRY GRAPENTHIN; TERRANCE GRAPENTHIN; and TRACY GRAPENTHIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CBS CORPORATION, formerly known as VIACOM, INC., individually and as successor in interest to WESTINGHOUSE ELECTRIC and BF STURDEVANT COMPANY; FOSTER WHEELER USA CORPORATION; GENERAL ELECTRIC COMPANY; TATE ANDALE, INC., individually and as successor-in-interest to C.H. WHEELER MANUFACTURING CO.; and VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION,<br><br>    Defendants. | Case No. CV-10-1231 LB |

///

///

///

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT VIAD CORPORATION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Maureen Grapenthin, et al. and counsel for Defendant **VIAD CORPORATION, individually and as successor in interest to GRISCOM-RUSSELL and DIAL CORPORATION,** that the Complaint of Plaintiffs Maureen Grapenthin, et al., Case No. CV-10-1231 LB, in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

The parties shall each bear their own costs.

Dated: July 21, 2010

PAULA A. RASMUSSEN, ESQ. CSB # 258352
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
P: (415) 489-7420    (415) 489-7426
paula.rasmussen@bcoonlaw.com
Attorney for Plaintiffs MAUREEN GRAPENTHIN, et al.

Dated: July 21, 2010

STEVEN J. MCEVOY, ESQ. CSB # 259273
THE DAVIS LAW FIRM
ATTORNEYS AT LAW
3620 FAIR OAKS BOULEVARD, SUITE 200
SACRAMENTO, CA 95864
P: (916) 333-5363   Fax: (916) 333-5373
smcevoy@davistrialcounsel.com
Attorney for Defendant VIAD CORPORATION

/ / /

/ / /

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS MAUREEN GRAPENTHIN, ET AL.'S COMPLAINT AS TO DEFENDANT VIAD CORPORATION IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: July 21, 2010

_____
HONORABLE LAUREL BEELER