

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

**Grapenthin, CA-N, 4:10-1231**

Dear Clerk:

The enclosed certified copy of an Order from the Judicial Panel is being sent to you regarding the involved action listed above. The panel has vacated the transfer of this case to the ED-PA and jurisdiction of this case will remain in your district. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Aug 25, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
  Maureen Grapenthin, et al. v. CBS Corp., et al.,  )
    N.D. California, C.A. No. 4:10-1231- LB  )  MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Grapenthin*) on July 8, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Grapenthin* on July 23, 2010. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on July 23, 2010. Nevertheless, the Panel has now been advised that, pursuant to a notice of voluntary dismissal, *Grapenthin* was dismissed without prejudice in the Northern District of California by the Honorable Laurel Beeler in an order filed on August 2, 2010.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-337" filed on July 8, 2010, is VACATED insofar as it relates to this action.

             FOR THE PANEL:

             Jeffery N. Lüthi
             Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-26-2010
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA